ROGER EMERICK *v.* ROBERT KUHN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 14554) is denied.

BERDON, J., dissenting. I would grant the petition for certification filed by the plaintiff.

*Roger Emerick,* pro se, in support of the petition.

*Felix J. Springer* and *Glenn W. Dowd,* in opposition.

Decided June 13, 1995

STATE OF CONNECTICUT *v.* BRUCE C. ZOLLO

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 718 (AC 13630), is denied.

*Deborah DelPrete Sullivan,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided June 13, 1995

STATE OF CONNECTICUT *v.* MILTON E. IVES, SR.

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 40 (AC 12620), is denied.

*Hubert J. Santos* and *Hope C. Seeley,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided June 13, 1995